IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
ROBERT HUNTER, ELMER IRWIN,
DOUG MERRIN, and THE SECOND
AMENDMENT FOUNDATION,

        Plaintiffs,

  -against-

CORTLAND HOUSING AUTHORITY
and ELLA M. DILORIO, in her official
capacity as Executive Director of
CORTLAND HOUSING AUTHORITY,

        Defendants.
---------------------------------------------------------X

Case No.  5:23-cv-1540 (GTS/ML)

## ORDER TO SHOW CAUSE

Upon the Complaint, filed the 7th day of December, 2023, the Declarations of Edward Andrew Paltzik, Adam Kraut, Robert Hunter, Elmer Irwin, and Doug Merrin, all exhibits attached thereto, and Plaintiff's Memorandum of Law dated December 7, 2023,

**IT IS HEREBY ORDERED** that Defendants shall show cause at the James T. Foley Courthouse, Suite 509, 445 Broadway, Albany, New York on the ___ day of _____, 202___, at _____, or as soon thereafter as counsel may be heard, why an order should not be immediately entered temporarily restraining Defendants, their officers, agents, servants, employees and attorneys and those acting in concert with them from taking any action to enforce the Firearms Ban as set forth in Article IX, section (p) of Defendants' standard Residential Lease Agreement (**Exhibit B** to the Declaration of Edward Andrew Paltzik).

**IT IS FURTHER HEREBY ORDERED** that Defendants shall show cause at the James T. Foley Courthouse, Suite 509, 445 Broadway, Albany, New York on the ___ day of

1

_____, 202\_\_\_, at _____, or as soon thereafter as counsel may be heard, why an order should not then be entered preliminarily enjoining Defendants, their officers, agents, servants, employees and attorneys and those acting in concert with them from taking any action to enforce the Firearms Ban as set forth in Article IX, section (p) of Defendants' standard Residential Lease Agreement (**Exhibit B** to the Declaration of Edward Andrew Paltzik), pending final resolution of this action, and granting such other and further relief as this Court deems just and proper, and sufficient reason appearing therefore.

**IT IS FURTHER HEREBY ORDERED** that Defendants shall serve their answering papers upon Plaintiffs' counsel on or before _____, by _____service, and Plaintiffs shall serve their reply papers on Defendants' counsel on or before _____, by _____service.

Dated: Albany, New York

_____

_____
United States District Judge