# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT HUNTER, ELMER IRWIN, DOUG MERRIN, and THE SECOND AMENDMENT FOUNDATION,<br><br>*Plaintiff*<br><br>v.<br><br>CORTLAND HOUSING AUTHORITY and ELLA M. DILORIO, in her official capacity as Executive Director of CORTLAND HOUSING AUTHORITY,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:23-cv-01540-GTS-ML<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Timothy Jackson, being sworn deposes that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York. That on December 12, 2023, at 8:55 am at 42 Church St, Cortland, NY 13045, Deponent served the within Ex. B to Paltzik Decl., Emergency Motion for TRO, Paltzik Declaration, Complaint, Ex. A to the Complaint, Ex. A to Paltzik Decl., Memorandum of Law, Civil Cover Sheet, Hunter Declaration, Kraut Declaration, Irwin Declaration, Text Order, Proposed Order, Merrin Declaration, Court order re conference, Stamped Summons to CHA and Ella M. Dilorio, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Cortland Housing Authority, Defendant therein named, (hereinafter referred to as "subject") by leaving the following documents with Joyce Allen who as Deputy Director is authorized by appointment or by law to receive service of process for Cortland Housing Authority.

Additional Description:
I delivered the documents to Joyce Allen, the Deputy Director, who was authorized to accept them.

White Female, est. age 25-34, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.5981274667,-76.1780606211

☑ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative

Proof Job #420318                     Hunter et al v. Cortland Housing Authority et al                    Page 1

reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statuses.

_____
Signature
Server Name: Timothy Jackson
License#:

Subscribed and sworn to before me this 12 day of December, 2023 by _____.

Witness my hand and official seal.

_____
Notary Public   Jody Crum

My commission expires: 6/23/2027

PROOF TECHNOLOGY NEW YORK , LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 12103684-DCA

JODY LYNN CRUM
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR0010160
Qualified in Cayuga County
My Commission Expires 06/23/2027