**BOCHNER PLLC**

**Serge Krimnus, Esq.**
**BOCHNER PLLC**

1040 Avenue of the Americas, 15TH Floor, New York, NY 10018

o 646.971.0685  e serge@bochner.law  w bochner.law

February 8, 2024

**VIA ECF**

Hon. Miroslav Lovric
United States District Court
Northern District of New York
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

   Re: *Hunter v. Cortland Housing Authority*; No. 5:2023-cv-01540
     <u>Letter re Re-Calendaring Initial Conference</u>

Dear Judge Lovric:

  We represent Plaintiffs Robert Hunter, Elmer Irwin, Doug Merrin, and The Second Amendment Foundation (collectively, "Plaintiffs") in the above referenced matter. On January 4, 2024, Your Honor issued a Text Order staying the initial conference without date. We write with the consent of Defendants Cortland Housing Authority and Ella M. Diiorio (collectively, "Defendants") to respectfully request that the initial conference be re-calendared. The motion to dismiss filed by Defendants [ECF 16] is only as to one of the four Plaintiffs, The Second Amendment Foundation ("SAF"). ECF 16-2 at 7-8. Although the parties disagree regarding the standing of SAF, no motion to dismiss has been filed regarding the three individual plaintiffs.

  We thank the Court for its time and attention in this matter.

              Respectfully submitted,

              <u>/s/ Serge Krimnus</u>
              Edward Andrew Paltzik, Esq.
              Serge Krimnus, Esq.
              *Attorneys for Plaintiffs*