**THE TOWNE LAW FIRM, P.C.**
ATTORNEYS AT LAW

Respond to:
The Towne Law Firm, P.C.
500 New Karner Road
PO Box 15072
Albany, NY 12212

July 15, 2024

<u>*Via ECF*</u>
Hon. Miroslav Lovric
Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    Robert Hunter et al. v. Cortland Housing Authority et al.
               NDNY Case No.:    5:23-cv-01540 (GTS/ML)

Dear Magistrate Lovric:

Our office represents Defendants, Cortland Housing Authority ("CHA") and Ella M. Diiorio ("Ms. Diiorio") in the above-referenced action.

In accordance with this Court's Order (Dkt. #70), please accept for filing as a supplemental exhibit to papers regarding Plaintiffs Motion to Compel (Dkt. #47) and Defendants' opposition (Dkt. #50) the portions of the transcript from the deposition of Carole Preston which were referenced by Plaintiffs in their arguments on June 11, 2024.

                                  Respectfully submitted,

                                  THE TOWNE LAW FIRM, P.C.
                                  *s/ Mark T. Houston*

By:   _____
           Mark T. Houston, Esq.
           *Admitted to Practice in New York*
           Email: mark.houston@townelaw.com

MTH/ek
Cc:    Counsel of Record (*Via NYSCEF*)

**NEW YORK | VERMONT | MASSACHUSETTS | NEW JERSEY**
www.townelaw.com | (518) 452-1800 p | (518) 452-6435 f
Service by fax not accepted.