

Respond to:
The Towne Law Firm, P.C.
500 New Karner Road
PO Box 15072
Albany, NY 12212

September 30, 2024

<u>*Via ECF*</u>
Hon. Miroslav Lovric
Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

      Re:    Robert Hunter et al. v. Cortland Housing Authority et al.
              NDNY Case No.:    5:23-cv-01540 (GTS/ML)

Dear Magistrate Lovric:

    Our office represents Defendants, Cortland Housing Authority ("CHA") and Ella M. Diiorio ("Ms. Diiorio") in the above-referenced action. I am writing on consent of all parties who ask that the Court accept the following as a status update regarding this action.

    The parties appeared at the mediation scheduled for this morning and have been able to come to a settlement on this case. We are in the process of finalizing and exchanging settlement documents. Hence, we would request that the hearing set for this Friday, October 4, 2024, be adjourned given this development.

    Thank you for all your efforts in this case.

                            Respectfully submitted,

                            THE TOWNE LAW FIRM, P.C.

                            *s/ Mark T. Houston*
    By:    _____
                            Mark T. Houston, Esq.
                            *Admitted to Practice in New York*
                            Email: mark.houston@townelaw.com
                            Sender's Direct Dial: (518) 941-9845

MTH/ek

Cc:    Counsel of Record (*Via NYSCEF*)

**NEW YORK | VERMONT | MASSACHUSETTS | NEW JERSEY**
www.townelaw.com | (518) 452-1800 p | (518) 452-6435 f
Service by fax not accepted.